UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------x
NOVO NORDISK A/S,                :
                                 :
                    Plaintiff,   :
                                 :
          v.                     :   No. 3:07-cv-03206-MLC-DEA
                                 :
SANOFI-AVENTIS U.S. LLC,         :
SANOFI-AVENTIS, and SANOFI-      :
AVENTIS DEUTSCHLAND GMBH,        :
                                 :
                    Defendants.  :
------------------------------x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Novo Nordisk A/S and Defendants Sanofi-Aventis U.S. LLC, Sanofi-Aventis and Sanofi-Aventis Deutschland GmbH, by and through their respective counsel, stipulate and agree to the voluntary dismissal of this action with prejudice, and without costs to any party.

Dated: January 7, 2010

_____
Robert J. Lack
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
One Gateway Center, 25th Floor
Newark, New Jersey 07102
(973) 877-6400

*Attorneys for Plaintiff*

_____
Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

*Attorneys for Defendants*

SO ORDERED,
this 11th day of Jan., 2010

_____
Hon. Mary L. Cooper
United States District Judge